

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Diana Godines, individually and on behalf of Amando Godines, Sr., deceased; Michael Godines; Amando Godines, Jr.; and Deanna Quitugua,

\* From the 238th District Court of Midland County, Trial Court No. 52258.

Vs. No. 11-16-00139-CV

\* May 31, 2018

Parsley Energy Operations, LLC,

\* Memorandum Opinion by Willson, J. (Panel consists of: Willson, J., Bailey, J., and Wright, S.C.J., sitting by assignment)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Appellants.